| PROB 22 (Rev. 02/88) | | Judge Graham | DOCKET NUMBER (Tran. Court) 0758 3:03CR00018-1 |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | | DOCKET NUMBER (Rec. Court) 2:16 cr 209 |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Lawrence Bauer<br>New Concord, OH | Western Wisconsin | Madison |
| | NAME OF SENTENCING JUDGE | |
| | Honorable William M. Conley | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/30/2015 | TO 10/29/2025 |

OFFENSE

Conspiracy to Distribute 500 grams or more of a Substance Containing Methamphetamine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Western** DISTRICT OF **Wisconsin**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Southern District of Ohio** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 1, 2016
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Southern District of Ohio**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after entry of this order.

10-19-16
_____
Effective Date

_____
United States District Judge

RECEIVED
OCT 17 2016
RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

| PROB 22 (Rev. 02/88) | | Judge Graham | DOCKET NUMBER (Tran. Court) |
|---|---|---|---|
| | | | 0758 3:03CR00018-1 |
| **TRANSFER OF JURISDICTION** | | | DOCKET NUMBER (Rec. Court) |
| | | | 2:16 cr 209 |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Lawrence Bauer<br>New Concord, OH | Western Wisconsin | Madison |
| | NAME OF SENTENCING JUDGE | |
| | Honorable William M. Conley | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/30/2015 | TO 10/29/2025 |

OFFENSE

Conspiracy to Distribute 500 grams or more of a Substance Containing Methamphetamine

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Western DISTRICT OF Wisconsin

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Ohio upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 1, 2016
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Southern District of Ohio

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after entry of this order.

10-19-16
Effective Date

United States District Judge

**RECEIVED**

OCT 17 2016

RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO